AO 95
(Rev. 10/17)

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## INFORMATION ON APPLICATION FOR DELAYED NOTICE

Please submit the information on this form each time judicial action is taken on an application for a delayed-notice search warrant or for an extension of a delayed-notice period. See 18 U.S.C. § 3103a(d)(1). If extensions to the notice period are requested, information will need to be submitted more than once.

Information should be submitted through CM/ECF. For more information, see the [Delayed Notice Search Warrant](#) page on the J-Net.

**Name of Judge:** _____   ( ☐ check if state court judge)

**Federal Judicial District:** _____

1. **Date of Application for Delayed Notice:** _____

2. **Offense (Most Serious) Specified:**
   *Although the warrant may state a specific offense, please consider the broader category in which the offense falls when selecting an offense.*

   ☐ Drugs        ☐ Extortion/Racketeering   ☐ Fraud          ☐ Fugitive/Escape
   ☐ Immigration  ☐ Kidnapping               ☐ Sex Offenses   ☐ Tax
   ☐ Terrorism    ☐ Theft                    ☐ Weapons

   ☐ Other *(if possible, specify from the below)*: _____

   | Arson     | Assault    | Bribery     | Civil Rights | Computer        |
   |-----------|------------|-------------|--------------|-----------------|
   | Conspiracy| Contraband | Counterfeit | Currency     | Environment     |
   | Espionage | Firearms   | Gambling    | IEEPA        | Money Laundering|
   | Murder    | Obstruction| Robbery     | Smuggling    | Wildlife        |

3. **Type of Application:**   ☐ Initial request for delay
                               ☐ Extension of previously authorized delay
                                 *(Number of extensions previously granted: _____ )*

4. **Judicial Action**   ☐ Denied     ☐ Granted     ☐ Granted as modified

5. **Case Number (e.g., 'mc' Number) of Warrant:**   _____ : _____ - _____ - _____
                                                      *office    year    type    number*

6. **Period of Delay Authorized in This Action (days):** _____

7. **Preparer's Name:** _____   **Title:** _____
   **Phone number:** _____   **Date of report:** _____

**Please submit the information on this form electronically through CM/ECF.**